7 P.3d 1091

# SUPREME COURT OF HAWAI'I

Thomas v. Pankow Holdings, Inc. . . . . . . . . . . . . . . . . . . . . 20112    06/19/2000    Vacated & Re-
manded

State v. Octavio . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22757    06/26/2000    Vacated & Re-
manded

State v. Ramacher . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22765    08/14/2000    Vacated & Re-
manded